U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 5 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH AUGUSTINE (D.O.C. #414602) | DOCKET NO. 08-CV-1127; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| DR. ALFONSO PACHECO, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this _____ day of _____, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE